# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161662 & (103)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                            SC:  161662
                                            COA:  344447

MOE M. ALDOLEMY,
      Defendant-Appellant.
                                            Oakland CC:  2017-261887-FC

_____/

      On order of the Court, the application for leave to appeal the June 11, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for immediate remand is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2021



s0419

                                                         Clerk